UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHANE PORTER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:22-cv-00369-AWI-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 17) |

Pending before the Court is the parties' stipulation for order in which Plaintiff requests a 60-day extension of time to file any motion for summary judgment. (Doc. 17). Previously, Plaintiff filed a notice of 30-day extension (Doc. 16), extending the time for the filing of his summary judgment motion from November 25, 2022, to December 27, 2022.

The pending stipulation was filed on the due date of Plaintiff's motion for summary judgment (December 27, 2022). Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).

Here, given Plaintiff's representations about the reasons he advances for seeking a further extension of time – paternity leave commencing in October 2022, holiday leave planned for the last two weeks of December 2022, and "working limited hours" through February 2023 – it

should have become apparent before the due date for filing a summary judgment motion that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file his current request for extension of time before now.

The Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that Plaintiff seeks to extend.  However, under the circumstances, Plaintiff has demonstrated good cause for the extension.

Accordingly, it is HEREBY ORDERED, Plaintiff shall have a 60-day extension of time, from December 27, 2022, to February 27, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment.  All other dates in the Court's Scheduling Order (Doc. 6) shall be extended by 60 days.

No further extension will be granted without a timely-filed request by one or both parties and showing of good cause.

IT IS SO ORDERED.

Dated: __**December 28, 2022**__                              _____
                                                              UNITED STATES MAGISTRATE JUDGE